**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Leroy Senn, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Medtronic, Inc.; Medtronic Puerto Rico, Inc.; and Medtronic Puerto Rico Operations Co., | ) ) ) | Case No. 1:08-cv-014 |
| | ) | |
| Defendants. | ) | |

___

On February 6, 2008, the parties filed a Stipulation for Continuance of Court's Deadlines. They request that all scheduling hearings and pending deadlines be stayed until after the Joint Panel on Multidistrict Litigation rules on the pending motions seeking transfer to a single federal district court of all federal cases involving the alleged implantation of Sprint Fidelis cardiac-defibrillator leads manufactured by Defendants. The Court **ADOPTS** the parties' stipulation (Docket No. 8) and **ORDERS** that the deadlines for filing responsive pleadings and service of discovery or automatic disclosure under Rule 26 of the Federal Rules of Civil Procedure be stayed until after the Joint Panel on Multidistrict Litigation rules on the pending motions for transfer.

Dated this 4th day of March, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court